IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| Jessie Kincaid, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | Case No. 4:17-cv-00366-RK |
| vs. ) | |
| ) | |
| National Credit Adjusters, LLC, ) | |
| ) | |
| Defendant(s). ) | |

## CLERK'S ENTRY OF DEFAULT

Pursuant to Fed.R.Civ.P. 55(a), it appears by affidavit or otherwise from the records in the above-entitled action that summons and complaint have been served upon the Defendant named below. It further appears that defendant has failed to plead or otherwise defend in said action, as directed in said summons and as provided in the Federal Rules of Civil Procedure. Therefore, DEFAULT of the following named defendant is ENTERED pursuant to Federal Rules of Civil Procedure 55(a):

**National Credit Adjusters, L.L.C**

Dated: July 28, 2017

Paige Wymore-Wynn
Acting Clerk of Court

/s/ LaTandra Wheeler
(by) Deputy Clerk