# UNITED STATES DISTRICT COURT
# FOR WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

___

Jessie Kincaid,

    Plaintiff,

    **v.**                               Case No. 4:17-cv-00366-RK

National Credit Adjusters, L.L.C.,

    Defendant.

## **JUDGMENT IN A CIVIL ACTION**

_____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_X\_\_ **Decision by Court.** This action has been considered and a decision has been rendered by the Court.

      IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Plaintiff's Motion for Default Judgment (doc. 8) is **GRANTED**. The Court awards a judgment in favor of the Plaintiff Jessie Kincaid and against Defendant National Credit Adjusters, LLC, in a total amount of $5,065.00 as follows:

| | |
|---|---|
| a. FDCPA Statutory Damages | $1,000.00 |
| b. Attorney's Fees | $3,600.00 |
| c. Court Costs | $465.00 |

      **TOTAL $5,065.00**

Dated: February 23, 2018                         /s/ Paige Wymore-Wynn
                                                                   Clerk of the Court

Entered: February 26, 2018                      /s/ LaTandra Wheeler
                                                                       Deputy Clerk